IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
MAY -3 2012
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:12-MJ-67 |
| | ) |
| SAMANTHA N. PIERCE | ) Court Date: May 15, 2012 |

## CRIMINAL INFORMATION

(Misdemeanor - Violation No. 1633057)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 21, 2012, at the Colonial National Historical Park, which is within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, SAMANTHA N. PIERCE, did unlawfully, knowingly and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844).

Neil H. MacBride
UNITED STATES ATTORNEY

By: *Dee M. Sterling* (signature)

Dee M. Sterling
Assistant United States Attorney
Virginia State Bar No. 25796
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News VA 23606
757-591-4039 Telephone
757-591-0895 Fax
dee.sterling@usdoj.gov

## CERTIFICATE

I hereby certify that on May 3, 2012, I mailed a copy of the foregoing criminal information to the defendant, Samantha N. Pierce.

*[signature]*
Dee M. Sterling
Assistant United States Attorney