**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time Set: | 9:00 A.M. | Date: | MAY 15, 2012 |
| Time Started: | 10:03 AM | Presiding Judge: | F. Bradford Stillman, USMJ |
| Time Ended: | 10:08 AM | Courtroom Deputy: | Kay Armistead |
| Recorded by: | FTR | U.S. Attorney: | Dee Sterling, SAUSA |
| | | Defense Counsel: | |

Case Number: 4:12-MJ-67  ( ) Retained  ( ) Court-appointed  ( ) AFPD  ( ) Waived Counsel
USA v. **PIERCE, SAMANTHA N.**

COUNTS: 1) 1633057 - POSSESSION OF MARIJUANA — _atty_
  2) _____
  3) _____

_Christina Beavers 234-4650_

(✓)(✓) Present  ( ) In custody  ( ) No appearance  ( ) Excused Prior to Court
(✓) Initial Appearance  ( ) Docket Call  ( ) Plea of Guilty  ( ) Bench Trial  ( ) Jury Trial
( ) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
( ) Government motion: ( ) Warrant  ( ) Summons  ( ) Continue  ( ) DWOP  ( ) DWP
( ) Other _____  ( ) Granted  ( ) Denied
( ) Defendant motion: ( ) Continue  ( ) Judgment of Acquittal  ( ) Strike
( ) Other _____  ( ) Granted  ( ) Denied
(✓) Counsel desired.  Court (✓) Directed  ( ) Denied  ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $____/mo. begin ____
( ) Defendant to retain counsel.  ( ) Retained Counsel _____
(✓) Case continued to 9:00 a.m. on __7-10-12__   __9:00 AM__
(✓) Bond set __P.R.__ with the following conditions of release:
(1) (✓) Probation Office supervision
(2) ( ) Shall not operate m/v after consuming alcohol
(3) (✓) Prohibited from operating a motor vehicle unless properly licensed to do so
(4) ( ) No consumption  ( ) No excessive use of alcohol
(5) (✓) Substance abuse testing/treatment at defendant's expense
(6) ( ) Mental Health Eval/Treatment
(7) (✓) _Maintain current residence_
(8) (✓) _No narcotic drugs_
    ✓ _Submit to testing_

( ) Proffer
( ) Statement by Defendant
( ) Found Guilty     ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody
( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal
✓ _Inpatient or outpatient trmt._

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $____ | 1) $____ | 1) $____ | 1) $____ |
| 2) $____ | 2) $____ | 2) $____ | 2) $____ |
| 3) $____ | 3) $____ | 3) $____ | 3) $____ |
| 4) $____ | 4) $____ | 4) $____ | 4) $____ |

( ) Jail:_____  ( ) To be released at 5:00 p.m. today  ( ) As special condition of probation
( ) Probation:_____  ( ) Supervised Release:_____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.
( ) _____